No. 592. RIPLEY *v.* FINDLAY GALLERIES, INC. ET AL. November 12, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *George P. Dike* and *Cedric W. Porter* for petitioner. *Charles B. Cannon* and *Samuel Topliff* for respondents.

No. 638. ST. LOUIS-SAN FRANCISCO RAILWAY CO. *v.* BREWSTER ET AL., AS FORT SCOTT BONDHOLDERS' COMMITTEE, ET AL.; and

No. 639. BROOKS, ADMINISTRATRIX, ET AL. *v.* BREWSTER ET AL., AS FORT SCOTT BONDHOLDERS' COMMITTEE, ET AL. November 12, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *William V. Hodges, Daniel Bartlett, C. O. Inman* and *Phil W. Davis, Jr.* for petitioners. *Edwin S. S. Sunderland, Thomas O'G. FitzGibbon, James L. Homire, Henry W. Anderson, George D. Gibson, John W. Riely, Robert T. Swaine, Leonard D. Adkins, Fitzhugh McGrew, Jesse E. Waid, Alexander M. Lewis* and *Orville W. Wood* for respondents. Reported below: No. 638, 156 F. 2d 161; No. 639, 156 F. 2d 158.

Nos. 391, 392 and 393. OKIN *v.* SECURITIES & EXCHANGE COMMISSION. November 12, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Samuel Okin* for petitioner. *Solicitor General McGrath* and *Roger S. Foster* for respondent. *John F. MacLane* filed a brief for the Electric Bond & Share Co., opposing the petition.